UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Jennifer Boyd, et al. v. Bayer Corporation, et al.*   No. 12-cv-11687-DRH

*Stephanie Madrigal, et al. v.*   No. 13-cv-10025-DRH
*Bayer Corporation, et al*

*Carolyn Wlodarczyk v. Bayer HealthCare*   No. 14-cv-10164-DRH
*Pharmaceuticals, et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal and/or the Orders of Dismissal, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.03.09 09:34:43 -06'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT